

# NUMBER 13-22-00564-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE THE STATE OF TEXAS EX REL. LUIS V. SAENZ

### On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

Relator, the State of Texas ex rel. Luis V. Saenz, has filed a petition for writ of mandamus seeking to compel the trial court to set aside an order vacating a magistrate's order of emergency protection issued against the real party in interest, Gerald Castro. The Court requests the real party in interest, Castro, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
30th day of November, 2022.